1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11   PAMELA PERAZA, an individual,              Case No.:  19cv00797-JAH (KSC)

12                                  Plaintiff,

13   v.                                         **ORDER GRANTING PARTIES'**
                                                **JOINT MOTION TO DIMISS**
14   SNAP FINANCE, a Utah limited liability
     company, and DOES 1 through 10,
15   inclusive,

16                                  Defendant.

17

18        Pending before the Court is a Joint Motion for Dismissal by Plaintiff Pamela Peraza

19   and Defendant Snap Finance. Doc. No. 13. Pursuant to the joint motion of the parties, **IT**

20   **IS HEREBY ORDERED** that the entire above-captioned action by Plaintiff Pamela

21   Peraza against Defendant Snap Finance is **DISMISSED with prejudice** in its entirety,

22   each side to bear its own costs and attorneys' fees.

23   //

24   //

25   //

26   //

27   //

28

1    **IT IS FURTHER ORDERED** that Magistrate Judge Karen S. Crawford of the

2 United States District Court for the Southern District of California shall retain jurisdiction

3 to enforce the Agreement between the Parties or any matters or action brought to enforce

4 said Agreement for a period of one year from the date of this Order. The Clerk of the Court

5 is directed to close the file.

6 **IT IS SO ORDERED.**

7

8

9 DATED: November 13, 2019

10

11

12 _____

     JOHN A. HOUSTON
13   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28